UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ANTHONY DUBORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:20-cv-634-KJN<br><br>ORDER WITHDRAWING PREVIOUS FINDINGS AND RECOMMENDATIONS AND DIRECTING SERVICE<br><br>(ECF No. 3) |

On March 23, 2020, plaintiff filed a complaint and accompanying motion to proceed in forma pauperis. (ECF Nos. 1, 2.) On March 27, the court entered findings and recommendations to deny plaintiff's IFP request, and informed plaintiff how he might object. (ECF No. 3.) Alternatively, the court informed plaintiff he could file a statement of non-opposition and pay the filing fee. (See Id.) On April 9, plaintiff elected to pay the filing fee, and indicated he did not oppose the findings and recommendations. (ECF No. 4.) Accordingly, it is ORDERED;

1. The findings and recommendations (ECF No. 3) are WITHDRAWN; and
2. The Clerk of the Court is directed to issue the appropriate summons and scheduling order for social security cases.

Dated: April 10, 2020

dubo.634

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1