UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ANTHONY DUBORD, IV,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No.  2:20-cv-634-KJM-KJN<br><br>ORDER<br><br>(ECF Nos. 22, 27, 33.) |

On June 29, 2021 the magistrate judge filed amended findings and recommendations (ECF No. 33), which were served on the parties.  The parties filed objections to the original findings and recommendations (ECF Nos. 30-31) and the court has considered them.  Further, the magistrate judge instructed the parties to notify the court if either had additional objections to the June 29 findings and recommendations (*see* ECF No. 33 at 19), no party filed objections.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations (ECF No. 33) are ADOPTED IN FULL;
2. Plaintiff's motion for summary judgment (ECF No. 22) is DENIED;
3. The Commissioner's cross-motion (ECF No. 27) is GRANTED;
4. The final decision of the Commissioner is AFFIRMED; and
5. The Clerk of Court is directed to issue judgment in the Commissioner's favor and CLOSE this case.

DATED: September 21, 2021.

CHIEF UNITED STATES DISTRICT JUDGE